THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS V. F. RANDOLPH, as President of the Consolidated Stock and Petroleum Exchange of New York, Appellant, *v.* JOHN PROCTOR CLARKE, as Justice of the Supreme Court of the State of New York, Respondent.

*People ex rel. Randolph* v. *Clarke,* 112 App. Div. 915, affirmed.
(Argued June 5, 1906; decided June 19, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1906, which denied a motion for a peremptory writ of man-

damus to compel defendant to settle and sign a certain decision and judgment.

*William V. Rowe* and *William F. Corliss* for appellant.

*Flamen B. Candler* for respondent.

Order denying mandamus affirmed, with costs; no opinion. Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Not voting: O'BRIEN, J.